**E-filed 11/9/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LYTEL, an individual, | CASE NO. C 05-01937 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| JANET SIMPSON, an individual | |
| Defendant. | |
| JANET SIMPSON, an individual | |
| Counter-Claimant, | |
| RICHARD LYTEL, an individual; and SUN MICROSYSTEMS, INC., a Delaware Corporation, | |
| Counter-Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3–5:

The parties agree to participate in the following ADR process:

Early Neutral Evaluation (ENE) (ADR L.R. 5)

The parties agree to hold the ADR session by: The presumptive deadline

Dated: 11/09/05

J. Philip Martin
Attorney for Plaintiff and Counter-Defendant Richard Lytel

Dated: 11-9-05

/s/
Jeffrey F. Ryan
Attorney for Defendant and Counter-Claimant Janet Simpson

1

2

Dated: 11-9-05

/S/

Gary M. Gansle
Attorney for Counter-Defendant Sun
Microsystems, Inc.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session
      90 days from the date of this order.

IT IS SO ORDERED

Dated: 11/9/05            Jeremy Fogel /s/electronic signature authorized
                                                          UNITED STATES DISTRICT JUDGE