**E-Filed 2/2/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD LYTEL,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAN SIMPSON,<br><br>                              Defendant. | Case Number C 05-1937 JF (PVT)<br><br>ORDER OVERRULING<br>OBJECTIONS TO ORDER OF<br>MAGISTRATE JUDGE TRUMBULL<br><br>[Doc. No. 115] |

        On January 27, 2006, Defendant/Counter-Claimant Jan Simpson filed objections to

Magistrate Judge Trumbull's order of January 17, 2006, extending the length of Simpson's

deposition by an additional twenty-one hours.  Judge Trumbull's order is not "clearly erroneous

or contrary to law."  *See* Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).  Accordingly,

the objections are overruled.

        The Court notes that the transcript of Simpson's deposition taken on January 13, 2006

was not before Judge Trumbull at the time she issued her ruling.  Simpson argues that the

deposition transcript demonstrates that she was asked repetitive questions on irrelevant subject

matter.  The instant ruling is without prejudice to Simpson's requesting Judge Trumbull to

reconsider her order based upon the transcript.

1       IT IS SO ORDERED.

2

3

4  DATED:  2/2/06

5

6                           JEREMY FOGEL
                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-1937 JF (PVT)
ORDER OVERRULING OBJECTIONS TO ORDER OF MAGISTRATE JUDGE TRUMBULL
(JFLC2)

1    This Order was served on the following persons:

2

3    Matthew A. Bisbee      mbisbee@ropers.com, pdunn@ropers.com

4    Gary Michael Gansle      ggansle@wsgr.com, jbertolani@wsgr.com

5    Sydney L. Howell      slh@kastnerbanchero.com, ln@kastnerbanchero.com

6    Eric C. Kastner      eck@kastnerbanchero.com, fh@kastnerbanchero.com;
     ln@kastnerbanchero.com
7
     Ulrico S. Rosales      urosales@wsgr.com
8
     Jeffrey Filon Ryan      jr@rslattorneys.com
9
     John S. Simonson      jsimonson@ropers.com, pdunn@ropers.com; knguyen@ropers.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-1937 JF (PVT)
ORDER OVERRULING OBJECTIONS TO ORDER OF MAGISTRATE JUDGE TRUMBULL
(JFLC2)