ERIC C. KASTNER (SBN 53858)
J. PHILIP MARTIN (SBN 55100)
KASTNER BANCHERO LLP
2465 Bayshore Road, Suite 405
Palo Alto, CA 94303
Telephone: (650) 967-7854
Facsimile: (650) 320-9640

JOHN S. SIMONSON (SBN 58311)
L. ROBIN GONZALEZ (SBN 176481)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, California 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Plaintiff and Counter-Defendant
RICHARD LYTEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – San Jose Division

| | |
|---|---|
| RICHARD LYTEL, an individual,<br><br>Plaintiff,<br><br>-vs-<br><br>JANET SIMPSON, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No:. C 05 01937 JF<br><br>**SUPPLEMENT TO ORDER OF PATRICIA V. TRUMBULL DATED 2/27/06 ALLOWING ENTRANCE OF VIDEOGRAPHER TO THE FEDERAL COURTHOUSE** |

IT IS HEREBY ORDERED that Maria Hurst, Advantage Media, 97 E. St. James Street, San Jose, CA 95112 (408) 248-6700 be allowed entry into the U.S. District Courthouse with her videography equipment to attend to the deposition of Janet Simpson ordered on February 27, 2006 (Exhibit A attached) on March 6 and March 7, 2006.

Dated:   3/3/06

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

SJ/361103.1/PD6

- 1 -

Case Number:  C-05-01937 JF

SUPPLEMENT TO ORDER OF PATRICIA V. TRUMBULL DATED 2/27/06 ALLOWING ENTRANCE OF VIDEOGRAPHER

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose