**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JANET SIMPSON,<br><br>　　　　　Defendant.<br>_____<br><br>AND RELATED CROSS-ACTION<br>_____ | Case No.: C 05-1937 JF (PVT)<br><br>**ORDER CHANGING HEARING DATE FOR DEFENDANT SIMPSON'S MOTION FOR PROTECTIVE ORDER RE PRIOR EMPLOYMENT RECORDS** |

On February 21, 2006, Defendant/Counter-Claimant Janet Simpson ("Simpson") filed a Motion for Protective Order Re Prior Employment Records of Janet Simpson, and noticed the hearing for March 28, 2006.[1]  Another discovery motion in this matter is set to be heard on March 21, 2006.  Therefore,

IT IS HEREBY ORDERED that Simpson's Motion for Protective Order Re Prior Employment Records of Janet Simpson shall be heard on March 21, 2006, along with the other pending motion.  The briefing schedule remains the same.

Dated: *3/9/06*

　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*