ERIC C. KASTNER (SBN 53858)
J. PHILIP MARTIN (SBN 55100)
KASTNER | BANCHERO LLP
2465 East Bayshore Road, Suite 405
Palo Alto, CA 94303
Telephone:    (650) 967-7854
Facsimile:    (650) 320-9640

JOHN S. SIMONSON (SBN 58311)
L. ROBIN GONZALEZ (SBN 176481)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, California 95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501

**E-filed 4/4/06**

Attorneys for Plaintiff and Cross-Defendant
RICHARD LYTEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL, an individual, | CASE NO. C 05-01937 JF |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| JANET SIMPSON, an individual | |
| Defendant. | |
| JANET SIMPSON, an individual | |
| Counter-Claimant, | Hearing Date: April 28, 2006 |
| | Time:        9:00 a.m. |
| RICHARD LYTEL, an individual; and SUN MICROSYSTEMS, INC., a Delaware Corporation, | Courtroom:   3, Judge Fogel |
| Counter-Defendants. | |

- 1 -

1    Pursuant to Civil Local Rule 79-5 and Civil Local Rule 7-11, Plaintiff and Counter-
2    Defendant, Richard Lytel, by and through his counsel, hereby moves this Court to allow
3    documents produced by Sun Microsystems, Inc. and deemed confidential and so stamped
4    pursuant to the Courts protective order, to be filed under seal. The documents are presented as
5    exhibits to the Declaration of John S. Simonson, counsel for Plaintiff and Counter-Defendant
6    Richard Lytel. They are the following exhibits: Exhibit 3; Exhibit 4; Exhibit 6; and, Exhibit 7.

7    In addition, a document referred to as Exhibit 135 to the Declaration of Richard Lytel
8    (and not yet Bates stamped) has been internally marked as confidential to Sun and Sun's counsel
9    (Mr. Gansle) advised that Sun will assert the document should be deemed confidential and
10   subject to the Court's Protective Order.

11   All of the above documents are attached hereto.

12   I declare the foregoing to be true under penalty of perjury. Executed this _24_ day of
13   March, 2006 in Palo Alto, California.

14
15   _____
16   John S. Simonson
17
18   IT IS SO ORDERED.
19      4/3/06
20
21
22
23
24
25
26
27                                    - 2 -
28   **DECLARATION OF JOHN S. SIMONSON SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF
     TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINFIFF RICHARD LYTEL
     MOTION FOR PARTIAL SUMMARY JUDGMENT
     CASE NO. C-05-01937 JF**