**E-filed 4/27/06**

JEFFREY F. RYAN, SBN 129079
RYAN, STEINER & LEET
An Association of Attorneys
438 South Murphy Avenue
Sunnyvale, CA 94086-6114
(408) 739-7391 telephone

Attorneys for Counter Claimant and Defendant
JANET SIMPSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LYTEL, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>JANET SIMPSON, an individual,<br><br>               Defendant. | NO.   C 05-01937 JF<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>**[Civil Local Rule 79-5(b)]**<br><br>Date:  April 28, 2006<br>Time: 10:00 a.m.<br>Dept.  Courtroom 3<br>Judge: Hon. Jeremy Fogel |
| AND RELATED COUNTERCLAIM | |

Janet Simpson's Motion for Administrative Relief to File Documents under Seal having been submitted to this Court, and having considered the papers submitted in support of and in opposition to the Motion, and good cause therefor appearing, the Court hereby:

1.     GRANTS the request to file  documents produced by Sun Microsystems, Inc. Bates-numbered SUN0001 - 09, and 25 to be filed under seal as well as excerpts from Janet Simpson's deposition and Melissa Curtis's deposition attached to Jeffrey F. Ryan's Declaration filed herewith.

IT IS SO ORDERED.

Dated: April _27_, 2006       By: _____
                                   JUDGE JEREMY FOGEL