ULRICO S. ROSALES, State Bar No. 139809
GARY M. GANSLE, State Bar No. 200755
KORAY J. BULUT, State Bar No. 230298
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

**E-filed 5/22/06**

Attorneys for Cross-Defendant
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD LYTEL, an individual

    Plaintiff,

v.

JANET SIMPSON, an individual

    Defendant.

JANET SIMPSON, an individual

    Cross-Claimant,

v.

RICHARD LYTEL, an individual

    Counter-Defendant; and

SUN MICROSYSTEMS, INC., a Delaware Corporation,

    Cross-Defendant.

CASE NO.: C 05-01937 JF

**STIPULATION OF DISMISSAL**

//
//
//
//

STIPULATION OF DISMISSAL
CASE NO.: C 05-01937 JF

2864029_1.DOC

1     IT IS HEREBY STIPULATED by and between Defendant and Cross-Claimant Janet
2 Simpson ("Simpson") and Cross-Defendant Sun Microsystems, Inc. ("Sun"), through their
3 counsel of record, that any and all counterclaims asserted by Simpson against Sun are hereby
4 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c).

RYAN, STEINER AND LEET

DATED: May 8, 2006      By: *Jeffrey F Ryan*
    Jeffrey F. Ryan

Attorney for Defendant and Cross-Claimant
JANET SIMPSON

WILSON SONSINI GOODRICH & ROSATI

DATED: May 8, 2006      By: *Ulrico S. Rosales*
    Ulrico S. Rosales

Attorney for Cross-Defendant
SUN MICROSYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 5/19/06      *Jeremy Fogel*
    Honorable Jeremy Fogel