**E-Filed 6/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>               Plaintiff,<br><br>    v.<br><br>JANET SIMPSON,<br><br>               Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case Number C 05-01937 JF<br><br>ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME TO FILE MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM<br><br>[re: docket no. 239] |

     On May 26, 2006, Defendant Janet Simpson filed an ex parte application to shorten time to file a motion for leave to file a first amended counterclaim. Plaintiff has not filed opposition to this application. Accordingly, the Court will grant Defendant's application and schedule a hearing on Defendant's motion for leave to file a first amended counterclaim for June 30, 2006 at 9:00 a.m. Plaintiff shall file opposition not later than June 16, 2006, and Defendant shall file a reply not later than June 23, 2006.

     IT IS SO ORDERED.

DATED: June 1, 2006

                                        JEREMY FOGEL
                                        United States District Court

This Order has been served upon the following persons:

| | | |
|---|---|---|
| 2 | Matthew A. Bisbee | mbisbee@ropers.com, pdunn@ropers.com |
| 3 | Koray J. Bulut | kbulut@wsgr.com, jbertolani@wsgr.com |
| 4 | Gary Michael Gansle | ggansle@wsgr.com, jbertolani@wsgr.com; kbulut@wsgr.com |
| 5 | Lindy Robin Gonzalez | lgonzalez@ropers.com, ghuerta@ropers.com |
| 6 | Eric C. Kastner | eck@kastnerbanchero.com, fh@kastnerbanchero.com |
| 7 | Ulrico S. Rosales | urosales@wsgr.com |
| 8 | Jeffrey Filon Ryan | jr@rslattorneys.com |
| 9 | John S. Simonson | jsimonson@ropers.com, pdunn@ropers.com; knguyen@ropers.com |

2

Case No. C 05-01937 JF
ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME TO FILE MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM
(JFLC1)