```
 1   ERIC C. KASTNER (SBN 53858)
     J. PHILIP MARTIN (SBN 55100)
 2   KASTNER | BANCHERO LLP
     2465 East Bayshore Road, Suite 405
 3   Palo Alto, CA  94303
     Telephone:    (650) 967-7854
 4   Facsimile:    (650) 320-9640
 5
     JOHN S. SIMONSON (SBN 58311)
 6   L. ROBIN GONZALEZ (SBN 176481)
     ROPERS, MAJESKI, KOHN & BENTLEY
 7   80 North First Street
     San Jose, California  95113
 8   Telephone:    (408) 287-6262
 9   Facsimile:    (408) 918-4501

10   Attorneys for Plaintiff and Cross-Defendant
     RICHARD LYTEL
11
```

12
13                    UNITED STATES DISTRICT COURT                    **E-filed 6/1/06**
14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                              SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL, an individual, | CASE NO. C 05-01937 JF |
| Plaintiff, | **ORDER OF THE COURT** |
| v. | **PURSUASNT TO EX PARTE** |
| | **MOTION FOR ADMINISTRATIVE** |
| JANET SIMPSON, an individual | **RELIEF SEALING PROPOSED** |
| | **FIRST AMENDED COUNTER-** |
| Defendant. | **CLAIM OF JANET SIMPON** |
| JANET SIMPSON, an individual | Local Rule 7-11 |
| Counter-Claimant, | |
| RICHARD LYTEL, an individual; and SUN MICROSYSTEMS, INC., a Delaware Corporation, | |
| Counter-Defendants. | |

- 1 -

ORDER OF THE COURT PURSUASNT TO EX PARTE MOTION FOR ADMINISTRATIVE RELIEF
SEALING PROPOSED FIRST AMENDED COUNTER-CLAIM OF JANET SIMPON
CASE NO. C-05-01937 JF

1  The Court having reviewed the Ex Parte Motion for Administrative Relief filed by
2  Plaintiff Richard Lytel to Seal the Proposed First Amended Counter-claim of Defendant and
3  Counter-claimant Janet Simpson and the Declaration of John Simonson in support thereof and
4  good cause appearing therefore,

5  IT IS HEREBY ORDERED THAT THE MOTION FOR ADMINISTRATIVE RELIEF
6  IS GRANTED. Document 244-2 will be sealed by the Clerk of the Court.

8  Dated:  6/1/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER OF THE COURT PURSUASNT TO EX PARTE MOTION FOR ADMINISTRATIVE RELIEF
SEALING PROPOSED FIRST AMENDED COUNTER-CLAIM OF JANET SIMPON
CASE NO. C-05-01937 JF