**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>        Plaintiff,<br><br>  v.<br><br>JANET SIMPSON,<br><br>        Defendant.<br>_____<br><br>AND RELATED CROSS-ACTION<br>_____ | Case No.: C 05-1937 JF (PVT)<br><br>**ORDER RE BRIEFING AND HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER RE: SETTLEMENT AGREEMENT** |

On June 2, 2006, Defendant/Counter-Claimant Janet Simpson's ("Simpson") filed a motion for protective order re: settlement agreement, with the hearing noticed for July 11, 2006.[1] Having reviewed the moving papers, and in light of the fact the parties will be before the court for hearing of another motion on June 20, 2006,

IT IS HEREBY ORDERED that Simpson's motion will be heard at 10:00 a.m. on June 20, 2006. Any opposition to Simpson's motion shall be served and filed no later than June 13, 2006. Any reply shall be served and filed no later than June 16, 2006.

Dated: *6/7/06*

                              PATRICIA V. TRUMBULL
                              United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*