ULRICO S. ROSALES, State Bar No. 139809
GARY M. GANSLE, State Bar No. 200755
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Attorneys for Non-Party
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LYTEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>JANET SIMPSON, an individual<br><br>Defendant. | CASE NO.: C 05-01937 JF<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION AND MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS |

WHEREAS Defendant Janet Simpson filed a Motion to Compel Responses to Request for Production of Documents, which is currently set for hearing on July 18, 2006 at 10:00 a.m. in Courtroom 5 of the above-entitled court; and

WHEREAS Sun's counsel has requested that the hearing be moved to August 15, 2006, in order to resolve this dispute without further judicial intervention;

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the hearing on defendant's Motion to Compel Responses to Request for Production of

//

STIPULATION AND ORDER TO CONTINUE HEARING
ON MOTION AND MOTION TO COMPEL RESPONSES
TO REQUESTS FOR PRODUCTION OF DOCUMENTS
CASE NO.: C 05-01937 JF

Sun_Simpson_ Stipulation re Motion to Compel
(6_06)_(PALIB1_2902686_1)

1  Documents currently set for July 18, 2006 at 10:00 a.m. in Courtroom 5 shall be continued to
2  August 15, 2006 at 10:00 a.m. in Courtroom 5.

7  DATED: June 20, 2006

RYAN, STEINER AND LEET

By: _____
Jeffrey F. Ryan

Attorney for Defendant and Cross-Claimant
JANET SIMPSON

WILSON SONSINI GOODRICH & ROSATI

12  DATED: June 20, 2006

By: _____
Koray J. Bulut

Attorney for Non-Party
SUN MICROSYSTEMS, INC.

17  IT IS SO ORDERED

19  DATED: 6/21/06

_____
HONORABLE PATRICIA TRUMBELL

STIPULATION AND ORDER TO CONTINUE HEARING        -2-        Sun_Simpson_ Stipulation re Motion to Compel
ON MOTION AND MOTION TO COMPEL RESPONSES                    (6_06)_(PALIB1_2902686_1)
TO REQUESTS FOR PRODUCTION OF DOCUMENTS
CASE NO.: C 05-01937 JF