**E-Filed 7/14/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>            Plaintiff,<br><br>      v.<br><br>JANET SIMPSON,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case Number C 05-01937 JF (PVT)<br><br>ORDER[1] GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF GRANT OF PARTIAL SUMMARY JUDGMENT<br><br>[re: docket no. 311] |

On May 8, 2006, this Court issued an Order granting in part and denying in part Plaintiff Richard Lytel's ("Lytel") motion for summary judgment. Defendant Janet Simpson ("Simpson") now moves for leave to file a motion for reconsideration of the Court's grant of summary judgment on Simpson's counterclaim for retaliation under California Government Code § 12940(h). The motion is governed by Civil Local Rule 7-9, which requires that the party seeking leave to file a motion for reconsideration must show:

>    (1) That at the time of the motion for leave, a material difference in fact or

---

[1] This disposition is not designated for publication and may not be cited.

law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or

    (2) The emergence of new material facts or a change of law occurring after the time of such order; or

    (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Civ. L. R. 7-9(b).

Simpson seeks leave to file a motion for reconsideration on two grounds. First, Simpson received nearly five-hundred pages of documents responsive to a request for production only one day before her opposition brief was due.[2] These documents included evidence that Lytel attempted to cause Simpson's termination from Sun Microsystems, Inc., which arguably could support a claim of retaliation. Second, the Supreme Court has recently broadened the standard for establishing an act of retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq. See Burlington No. & S.F. Rwy. Co. v. White*, No. 05-259, slip op. at 13 (U.S. June 22, 2006) ("In our view, a plaintiff must show that a reasonable employee would have found the challenged action materially adverse, 'which in this context meas it well might have 'dissuaded a reasonable worker from making or supporting a charge of discrimination.'""). Considering both of these developments, the Court will grant the instant motion for leave to file a motion for reconsideration.

In light of the scheduled hearing date of September 22, 2006, the Court will hear Simpson's motion for reconsideration on shortened time. Simpson shall file a motion for reconsideration by Monday July 24, 2006. Lytel shall file any opposition by Monday July 31, 2006, and Simpson shall file any reply by Monday August 7, 2006. The Court will hear oral argument on Simpson's motion for reconsideration on Friday August 11, 2006 at 9:00 a.m.

---

[2] Although this statement is not supported by an accompanying affidavit, the Court presumes it to be true for the purpose of the instant motion. The Court expects that Simpson's motion for reconsideration will be accompanied by the necessary supporting documents.

2

Case No. C 05-01937 JF (PVT)
ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF GRANT OF PARTIAL SUMMARY JUDGMENT
(JFLC1)

1    IT IS SO ORDERED.

3   DATED: July 14, 2006

_____
JEREMY FOGEL
United States District Court

3

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Matthew A. Bisbee | mbisbee@ropers.com, pdunn@ropers.com |
| 3 | Koray J. Bulut | kbulut@wsgr.com, jbertolani@wsgr.com |
| 4 | Gary Michael Gansle | ggansle@wsgr.com, jbertolani@wsgr.com; kbulut@wsgr.com |
| 5 | Lindy Robin Gonzalez | lgonzalez@ropers.com, ghuerta@ropers.com |
| 6 | Eric C. Kastner | eck@kastnerbanchero.com, fh@kastnerbanchero.com |
| 7 | Ulrico S. Rosales | urosales@wsgr.com, dlewis@wsgr.com |
| 8 | Jeffrey Filon Ryan | jr@rslattorneys.com |
| 9 | John S. Simonson | jsimonson@ropers.com, pdunn@ropers.com; knguyen@ropers.com |

4

Case No. C 05-01937 JF (PVT)
ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF
GRANT OF PARTIAL SUMMARY JUDGMENT
(JFLC1)