UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>           Plaintiff,<br><br>  v.<br><br>JANET SIMPSON,<br><br>           Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.: C 05-1937 JF (PVT)<br><br>**ORDER RE *BOTH* PARTIES' VIOLATION OF PROTECTIVE ORDER** |

It has come to the court's attention that *both* Plaintiff/Counter-Defendant Lytel's ("Lytel") and Defendant/Counter-Claimant Simpson ("Simpson") have at least once disclosed in the public record information designatied "Confidential" in violation of the Stipulated Protective Order as Modified by the Court ("Protective Order") on file herein at Docket No. 167.[1] Lytel's counsel improperly disclosed Confidential information in connection with Lytel's motion for order requiring Simpson to submit to a mental examination.[2] Simpson's counsel improperly disclosed Confidential information in connection with Simpson's motion to remove the confidentiality designation of

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] The deposition excerpt attached to the Gonzalez Declaration (Docket No. 303) was required to be treated as "Confidential" because 30 days had not yet elapsed since the deposition. *See* Protective Order, ¶ 3(b).

ORDER, *page 1*

Document RL 1413,[3] and by twice now filing in the public record Simpson's First Amended Counterclaim which actually quotes verbatim from that document.[4]  Therefore,

   IT IS HEREBY ORDERED that all attorneys of record for each party shall personally read the Protective Order.  Counsel are cautioned that any further violations of this court's Protective Order may well result in contempt sanctions.  If there is any uncertainty regarding whether a specific disclosure is allowed under the Protective Order, the party wishing to make the disclose should either obtain written consent to the disclosure from the designating party or, if the designating party does not consent, seek court guidance.  Any request for such court guidance shall comply with the procedure set forth in Civil Local Rule 7-11.

Dated: *7/21/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3]   While Simpson's counsel did not quote verbatim from the Document RL 1413, he did disclose in his brief some of the substance of that document.

[4]   Although Judge Fogel previously granted a request to file the FAC under seal, and the previously filed electronic copy was removed from the docket, yesterday Simpson again electronically filed her FAC in the public record.

ORDER, *page 2*