UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>    Plaintiff,<br><br>v.<br><br>JANET SIMPSON,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.: C 05-1937 JF (PVT)<br><br>**ORDER RE MID-DEPOSITION DISPUTE** |

On September 26, 2006, the parties contacted the court regarding a dispute that arose during the deposition of Plaintiff's expert, Bernice Sandler.[1] Plaintiff objected to the presence of Defendant's rebuttal expert witness, Roma Young, at the deposition. The court held a telephone conference, and based on the arguments presented issued the following ruling:

IT IS HEREBY ORDERED that Plaintiff's objection is OVERRULED. Defendant's rebuttal expert may attend and observe the deposition. However, she may not make any comments, and Defense counsel may not consult with her in any way during the deposition nor during breaks.

Dated: *9/26/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*