**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JANET SIMPSON,<br><br>　　　　　　Defendant.<br>_____<br>AND RELATED CROSS-ACTION<br>_____ | Case No.: C 05-1937 JF (PVT)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS** |

　　　　On August 29, 2006, Plaintiff filed a motion for sanctions against Defendant and her counsel.[1]  Defendant opposed the motion.  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument.  Based on the moving, opposition and reply papers, and the file herein,

　　　　IT IS HEREBY ORDERED that Plaintiff's motion for sanctions is DENIED.  This court has previously denied Plaintiff's requests for sanctions in connection with portions of Defendant's deposition and in connection with Defendant's lack of cooperation at her mental examination.  Further, Plaintiff did not properly support the amount of fees he seeks as sanctions for the

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

misconduct of Defendant and her counsel. Rule 37-3(b)(3) of this court's local rules[2] provides:

> "If attorney fees or other costs or expenses are requested, itemize with particularity the otherwise unnecessary expenses, including attorney fees, directly caused by the alleged violation or breach, and set forth an appropriate justification for any attorney-fee hourly rate claimed."

The declarations submitted by Plaintiff's counsel do not itemize the fees incurred. Without such an itemization, it is not possible to determine which portion of the fees are attributable to the portion of the complained of conduct that arguably warrants an award of sanctions.

Dated: *9/27/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] "Local rules" refers to the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California.