```
JEFFREY F. RYAN, SBN 129079
RYAN, STEINER & LEET
An Association of Attorneys
438 South Murphy Avenue
Sunnyvale, CA 94086-6114
(408) 739-7391 telephone

Attorneys for Counter Claimant and Defendant
JANET SIMPSON
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LYTEL, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JANET SIMPSON, an individual,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | NO.  C 05-01937 JF<br><br>**DEFENDANT JANET SIMPSON'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL AND IN SUPPORT OF SIMPSON'S SUPPLEMENTAL BRIEF IN SUPPORT OF MIL #11; DECLARATION OF JEFFREY F. RYAN IN SUPPORT THEREOF**<br>AND ORDER<br><br>**Judge**: Honorable Jeremy Fogel<br><br>**Trial Date**: October 23, 2006 |

Pursuant to Civil Local Rule 79-5 and Civil Local Rule 7-11, Defendant and Counter-Claimant, Janet Simpson, by and through her counsel, hereby moves this Court to allow **Exhibit "B"** (Greg Papadopoulos' August 26, 2004 letter) to Janet Simpson's Supplemental Brief in Support of Motion in Limine # 11 to Exclude Evidence, Argument or Testimony Regarding Claimed Economic Loss by Lytel Arising Out of His Resignation From Employment

1  With Sun Microsystems, Inc., or in The Alternative Staying Trial of Lytel's Claims Until The
2  Conclusion of His State Court Action Against Sun Microsystems, Inc., or Bifurcation of This
3  Trial to be filed under seal.

4      Pursuant to Civil Local Rule 79-5 and Civil Local Rule 7-11, Defendant and
5  Counter-Claimant, Janet Simpson, by and through her counsel, hereby moves this Court to allow
6  **Exhibit "C"** (excerpts from Greg Papadopoulos's deposition) to Janet Simpson's Supplemental
7  Brief in Support of Motion in Limine #11 to Exclude Evidence, Argument or Testimony
8  Regarding Claimed Economic Loss by Lytel Arising Out of His Resignation From Employment
9  With Sun Microsystems, Inc., or in The Alternative Staying Trial of Lytel's Claims Until The
10  Conclusion of His State Court Action Against Sun Microsystems, Inc., or Bifurcation of This
11  Trial to be filed under seal.

12      These documents have been designated as "confidential" and are part of the evidence
13  relied upon by Ms. Simpson in her supplemental brief in Support of Motion in Limine #11 filed
14  with the Court.

16      RYAN, STEINER AND LEET

18  Dated: October 11, 2006    By:    ___/s/ Jeffrey F. Ryan_____
19      JEFFREY F. RYAN, Attorneys for
    Defendant and Counter Claimant, Janet
20      Simpson

22  10/18/06   IT IS SO ORDERED.    JUDGE JEREMY FOGEL, US DISTRICT COURT