**E-Filed 10/25/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL,<br><br>            Plaintiff,<br><br>     v.<br><br>JANET SIMPSON,<br><br>            Defendant. | Case Number C 05-1937 JF (PVT)<br><br>ORDER RE PLAINTIFF'S OBJECTION TO DEFENDANT'S SUPPLEMENTAL DISCLOSURE OF TRIAL WITNESS KENNY GROSS |

   Plaintiff's objection to Defendant's supplemental disclosure of trial witness Kenny Gross is OVERRULED.

DATED:  10/25/06

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2

3  Matthew A. Bisbee     mbisbee@ropers.com, pdunn@ropers.com

4  Koray J. Bulut     kbulut@wsgr.com, jbertolani@wsgr.com

5  Gary Michael Gansle     ggansle@wsgr.com, jbertolani@wsgr.com; kbulut@wsgr.com

6  Lindy Robin Gonzalez     lgonzalez@ropers.com, ghuerta@ropers.com

7  Eric C. Kastner     eck@kastnerbanchero.com, fh@kastnerbanchero.com

8  Ulrico S. Rosales     urosales@wsgr.com, jbaca@wsgr.com

9  Jeffrey Filon Ryan     jr@rslattorneys.com

10  John S. Simonson     jsimonson@ropers.com, pdunn@ropers.com; knguyen@ropers.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28