**E-filed 10/26/06**

1  ERIC C. KASTNER (SBN 53858)
   J. PHILIP MARTIN (SBN 55100)
2  KASTNER | BANCHERO LLP
   2465 East Bayshore Road, Suite 405
3  Palo Alto, CA  94303
4  Telephone:    (650) 967-7854
   Facsimile:    (650) 320-9640
5
   JOHN S. SIMONSON (SBN 58311)
6  L. ROBIN GONZALEZ (SBN 176481)
   ROPERS, MAJESKI, KOHN & BENTLEY
7  80 North First Street
8  San Jose, California  95113
   Telephone:    (408) 287-6262
9  Facsimile:    (408) 918-4501

10 Attorneys for Plaintiff and Cross-Defendant
11 RICHARD LYTEL

12                    UNITED STATES DISTRICT COURT
13
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                          SAN JOSE DIVISION

16
17 RICHARD LYTEL, an individual,          ) CASE NO. C 05-01937 JF
                                          )
18                 Plaintiff,             ) [PROPOSED] ORDER ALLOWING
         v.                               ) INSTALLATION OF AUDIO AND
19                                        ) VIDEO EQUIPMENT FOR TRIAL
   JANET SIMPSON, an individual           )
20                                        )
                   Defendant.             )
21 _____ )
   JANET SIMPSON, an individual           )
22                                        )
                                          ) Trial Date:    October 30, 2006
23                 Counter-Claimant,      ) Time:          9:00 a.m.
                                          ) Courtroom:     3, Judge Fogel
24 RICHARD LYTEL, an individual; and SUN  )
   MICROSYSTEMS, INC., a Delaware         )
25 Corporation,                           )
                                          )
26                 Counter-Defendants.    )
27 _____ )

28                                    - 1 -

[PROPOSED] ORDER ALLOWING INSTALLATION OF AUDIO AND VIDEO
EQUIPMENT FOR TRIAL
CASE NO. C-05-01937 JF

1   Plaintiff and Cross-Defendant Richard Lytel hereby requests the court to allow On The
2   Record to bring the following equipment into the honorable Judge Jeremy Fogel's courtroom and
3   set up the equipment to be used during the trial of this matter:

4   1.   LCD projector
5   2.   Elmo
6   3.   Six 17" Monitors
7   4.   8-way DA
8   5.   4-way Switch
9   6.   VGA and Power Cables
10  7.   Laptop Computer
11  8.   8' Screen
12  9.   Anchor Speaker
13  10.  A/V Carts

14  The Court hereby GRANTS the request allowing the installation of the audio and video
15  equipment as listed above.
16  IT IS SO ORDERED

18  Dated: October  26 , 2006

19  By: *[signature]*
        JUDGE JEREMY FOGEL