JEFFREY F. RYAN, SBN 129079
RYAN, STEINER & LEET
An Association of Attorneys
438 South Murphy Avenue
Sunnyvale, CA 94086-6114
Telephone:    (408) 739-7391

**efiled 11/1/06

Attorneys for Counter Claimant and Defendant
JANET SIMPSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LYTEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JANET SIMPSON, an individual,<br><br>Defendant<br><br>AND RELATED COUNTERCLAIM | Case No.: C 05-01937 JF<br><br>[PROPOSED] ORDER ALLOWING INSTALLATION OF AUDIO AND VIDEO EQUIPMENT FOR TRIAL<br><br>Trial Date:   October 30, 2006<br>Time:         9:00 a.m.<br>Courtroom:    3<br>Judge:        Hon. Jeremy Fogel |

Defendant and Counter-Claimant Janet Simpson here requests the Court to allow On The Record to bring the following equipment into the Honorable Jude Jeremy Fogel's courtroom and set up the equipment to be used during the trial of this matter:

1. LCD projector;
2. ELMO;
3. VGA and Power Cables;
4. Laptop computer;
5. Anchor Speaker;
6. Television;
7. 8-way DA;

8. 4-2 way switch; and

9. A/V carts.

The Court hereby GRANTS the request allowing the installation of the audio and video equipment as listed above.

IT IS SO ORDERED.

Dated: October 30, 2006

_____
HONORABLE JEREMY FOGEL