*efiled 7/9/07

1  ERIC C. KASTNER (SBN 53858)
   J. PHILIP MARTIN (SBN 55100)
2  KASTNER | BANCHERO LLP
   2465 East Bayshore Road, Suite 405
3  Palo Alto, CA  94303
   Telephone:   (650) 967-7854
4  Facsimile:   (650) 320-9640

5  Attorneys for Plaintiff and Counter-Defendant
   RICHARD LYTEL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYTEL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JANET SIMPSON, an individual<br><br>　　　　　　　Defendant. | CASE NO. C 05-01937 JF<br><br>[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF AND COUNTER-DEFENDANT RICHARD LYTEL FOR ADMINISTRATIVE RELIEF (SEALING)<br><br>**Local Rule 7-11** |
| JANET SIMPSON, an individual<br><br>　　　　　　　Counter-Claimant,<br><br>v.<br><br>RICHARD LYTEL, an individual; and SUN MICROSYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　　　Counter-Defendants. | |

　　　Plaintiff Richard Lytel's Motion for Administrative Relief and the Declaration of J. Philip Martin filed in support thereof having been submitted to the Court, and good cause appearing there from, the Court hereby: GRANTS the administrative motion for sealing the documents consisting of:

　　　(1)　Reply Brief of Plaintiff Richard Lytel for Sanctions Against Defendant and Counter-Claimant Janet Simpson for Violation of Confidential Settlement;

- 1 -

[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF RICHARD LYTEL FOR ADMINISTRATIVE RELIEF (SEALING)
CASE NO. C-05-01937 JF

(2)   Declaration of John Simonson in Support of Reply of Plaintiff and Counter-Defendant Richard Lytel's Motion for Sanctions Against Defendant and Counter-Claimant Janet Simpson for Violation of Confidential Settlement Agreement.

IT IS SO ORDERED.

July 2, 2007
Date: ~~June_____, 2007~~

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF RICHARD LYTEL FOR ADMINISTRATIVE RELIEF (SEALING)
CASE NO. C-05-01937 JF